B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Shawn Mcguire                    ,         Case No.  13-16141

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Veripro Solutions, Inc. | Nationstar Mortgage, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Veripro Solutions, Inc.
PO BOX 3572 Coppell, TX 75019

Court Claim # (if known):  8
Amount of Claim:  $53,266.89
Date Claim Filed:  11/18/2013

Phone:  469-426-3081
Last Four Digits of Acct #:  949

Phone:  800-766-7751
Last Four Digits of Acct. #:  4540

Name and Address where transferee payments should be sent (if different from above):
Veripro Solutions, Inc.
PO BOX 3244 Coppell, TX 75019

Phone:  469-426-3081
Last Four Digits of Acct #:  949

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shauntel Walton                         Date: 04/27/2015
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.